PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Donald Earl John Brelje**

**Docket No. 0:00CR00248-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Donald Earl John Brelje** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 500 Grams of Methamphetamine on May 2, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug Treatment
- Alcohol Treatment
- Substance Abuse Testing
- Mental Health Treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**STANDARD CONDITION # 6:** The defendant shall notify the probation officer ten days prior to any change in residence or employment.

Mr. Brelje failed to notified this officer of his change of address.

**STANDARD CONDITION # 5:** The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

Mr. Brelje has been unemployed since March 2005. The undersigned officer has not excused Mr. Brelje for schooling, training, or other acceptable reasons.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

If unemployed for a period of 30 days or more, the defendant shall complete community service of at least 20 hours weekly until employed.

SCANNED
OCT 28 2005
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 28th day of October, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

for Douglas S. Stevens
U.S. Probation Officer

Executed on October 27, 2005
Place St. Paul