Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Donald Earl John Brelje

Docket No. 0:00CR00248-1

**HEARING WAIVER**

I, Donald Earl John Brelje, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

If unemployed for a period of 30 days or more, the defendant shall complete community service of at least 20 hours weekly until employed.

Signed: ______________________

Donald Earl John Brelje
Supervised Releasee

Witness: ______________________

Dated: 10-24-05

SCANNED
OCT 28 2005
U.S. DISTRICT COURT ST. PAUL