PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Donald Earl John Brelje**

**Docket No. 0:00CR00248-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Donald Earl John Brelje** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 500 Grams of Methamphetamine on May 2, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug Treatment
- Alcohol Treatment
- Substance Abuse Testing
- Mental Health Treatment

*Modified as of 10/28/2005*:

- 90 Days Home Detention/Electronic Monitoring
- CSW, if not employed

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**STANDARD CONDITION #11:** The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

Mr. Brelje failed to notifiy this officer of his October 25, 2005, arrest for Terroristic Threats.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
NOV 14 2005
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 14th day of November, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on November 9, 2005
Place St. Paul

c: United States Sentencing Commission