UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-404 RHK/JSM
Criminal No. 00-248 RHK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD EARL BRELJE,<br><br>Defendant. | MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL |

Comes now Andrew H. Mohring, appointed counsel for Donald Earl Brelje, and hereby moves the Court to allow counsel to withdraw from the defendant's representation and that substitute counsel be appointed to represent the defendant in the above proceedings.

It has come to counsel's attention that there is a conflict of interest and substitute counsel should be appointed to continue the representation of the defendant.

Therefore, counsel requests that the Court grant this motion to withdraw and that Gary Bryant-Wolf, a lawyer from the Criminal Justice Act Panel, be appointed to represent the defendant.

Dated: April 17, 2006

Respectfully submitted,

*s/ Andrew H. Mohring*

______________________

ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415