UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-404 RHK/JSM
Criminal No. 00-248 RHK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONALD EARL BRELJE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of the defendant, the Court finds that it is in the interest of justice that present counsel, Andrew H. Mohring, be relieved of his assignment to represent the defendant, Donald Earl Brelje, in the above entitled matters.  The Court directs that Gary Bryant-Wolf be appointed as substitute counsel to continue the representation of the defendant before this Court.

Dated: April 19, 2006

s/Richard H. Kyle
Honorable Richard H. Kyle
United States District Judge