UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-248 (RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DONALD EARL JOHN BRELJE, Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-248(RHK)

<u>Defendant Name</u>

Donald Earl John Brelje

<u>Remove AUSA</u>

James E. Lackner

<u>Add AUSA</u>

Christian S. Wilton

Dated: April 19, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
First Assistant U.S. Attorney
Attorney ID Number 59298