# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Donald Earl Brelje,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 00-248 RHK

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Gary Bryant-Wolf Attorney ID No. 129136, shall appear as appointed counsel of record for the above named defendant in this case.

Dated: April 20, 2006

*s/Katherian D. Roe*

KATHERIAN D. ROE
Attorney ID No. 214668
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858