A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

RECEIVED
MAY 9 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## District of Minnesota

2006 MAY 9 PM 2:55

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 00-248(1) RHK**

0641-0503-0897-D

Donald Earl John Brelje

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Donald Earl John Brelje

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

Mary Kay Furchner May 3, 2006 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

______________________________________ ______________________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 5-3-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
MAY 09 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04