**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Donald Earl Brelje,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 00-248
Date:
Court Reporter: Carla Bebault
Tape Number:
Time Commenced: 9:30
Time Concluded: 10:00
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: Chris Wilton, Assistant U.S. Attorney
Defendant: Gary Bryant-Wolf 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**

Custody BOP for 18 months to be served consecutively to the sentence in Cr. 05-404 RHK. Supervised release is terminated.

s/Deborah Siebrecht
Calendar Clerk