USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Donald Earl Brelje**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **Cr. 00-248 RHK**
USM Number: **09657-041**
Social Security Number: **0396**
Date of Birth: **1978**

**Gary Bryant-Wolf**
Defendant's Attorney

RECEIVED
OCT 04 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s): 1 of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Distribution of Methamphetamine | 3/23/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**July 26, 2006**
Date of Imposition of Judgment

s/ Richard H. Kyle
Signature of Judge

**RICHARD H. KYLE**, United States District Judge
Name & Title of Judge

**July 26, 2006**
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 7-26-06 in the United States District Court for the District of Minnesota.
CERTIFIED, 9-26, 2006.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
OCT 04 2006
U.S. DISTRICT COURT ST. PAUL

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: DONALD EARL BRELJE
CASE NUMBER: CR. 00-248 RHK

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 months to be served consecutively to Cr. 05-404-01 RHK. Supervised release shall terminate .**.

[] The court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on 8/22/06 to FPC

at Duluth, MN, with a certified copy of this judgment.

R. L. Morrison, Warden
~~United States Marshal~~

By J Sawyer ISO
Deputy ~~United States Marshal~~